## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

RICKY BUTLER,                                    :
                                                 :
                           Plaintiff,            :
v.                                               :        Case No. 1:18cv1525 (TSE/JFA)
                                                 :
NORTHERN NECK REGIONAL JAIL, et al.,             :
                                                 :
                           Defendant.            :

## ANSWER AND AFFIRMATIVE DEFENSES TO
## PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Christopher Laws, Jr., by counsel, and for his Answer and Affirmative Defenses to Plaintiff's Complaint states as follows:

## ANSWER

1.      Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore denies same.

2.      Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore denies same.

3.      Denied  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore denies same.

4.      Admitted in part; denied in part.  Defendant admits only that he is a citizen of Virginia.   The remaining allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

5.      Admitted in part; denied in part.  Defendant admits only that he works at the Northern Neck Regional Jail.  The remaining allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.   .

6.      Denied.  Defendant denies the allegations of this paragraph as a conclusion of law.

7.      Denied.  Defendant denies the allegations of this paragraph as a conclusion of law.

8.      Denied.  Defendant denies the allegations of this paragraph as a conclusion of law.

9.      Admitted in part; denied in part.  Defendant admits that at all times relevant he was a resident of Virginia.  The remaining allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

10.     Admitted.

11.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

12.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

13.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

14.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

15.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

16.     Admitted.

17.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

18.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

19.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

20.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

21.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

22.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

23.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

24.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

25.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

26.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

27.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

28.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

29.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

30.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

31.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

32.     Denied.  Defendant denies the allegations of this paragraph as a conclusion of law.

33.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

34.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

35.     Denied.   Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

36.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

37.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

38.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

39.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

40.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

41.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

42.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

43.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

44.     Denied.

45.     Denied.

46.     Denied.

47.     Denied.

48.     Denied.

49.     Denied.

50.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

51.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

52.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

53.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

54.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

55.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

56.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

57.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

58.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

59.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

60.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

61.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

62.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

63.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

64.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

65.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

66.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

67.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

68.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

69.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

70.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

71.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

72.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

73.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

74.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

75.     Denied.  Defendant is without sufficient knowledge or information upon which to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies same.

76.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

77.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

78.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

79.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

80.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

81.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

82.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

<strong><u>CAUSE OF ACTION</u></strong>

83.     Denied.

83A.   Denied.

83B. – 83H.  Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

84.     Denied.  Defendant denies the allegations of this paragraph as a conclusion of law.

<strong><u>CAUSE OF ACTION EQUAL PROTECTION</u></strong>

85.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

86.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

87.     Denied.  The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

## CAUSE OF ACTION

88A. - 88K.   Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

89.     Denied.  Defendant denies the allegations of this paragraph as a conclusion of law.

## CLAIM, FACTS AND CAUSE OF ACTION

90.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

91.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

92.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

93.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

94.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

95.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

96.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

97.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

98.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

99.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

100.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

101.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

102.    Denied. The allegations in this paragraph do not pertain to Defendant; therefore, no answer is required.  To the extent an answer is required, Defendant deny these allegations.

103.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

104.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

105.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

106.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

107.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

108.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

109.     Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

110.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

## CAUSE OF ACTION

111.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

112.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

## CLAIM AND CAUSE OF ACTION

113.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

114.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

115.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

116.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

## CAUSE OF ACTION

117.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

118.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

## CLAIM AND CAUSE OF ACTION

119.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

120.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

121.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

122.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

123.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

124.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

125.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

126.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

127.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

128.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

129.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

130.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

131.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

132.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

133.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

134.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

135.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

136.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

137.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

138.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

139.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

140.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

141.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

142.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

143.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

144.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

145.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

146.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

147.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is

without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

148.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

149.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

150.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

151.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

152.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

153.    Denied. The allegations of this paragraph refer to defendant(s) who have been dismissed from this action by Court order and are therefore denied as answering defendant is without sufficient knowledge or information upon which to form as belief as to their truth or falsity.

### AFFIRMATIVE DEFENSES

1.    Defendant denies that he breached any of plaintiff's constitutional, common law or statutory rights, deny any wrongdoing, intentional or tortious behavior, and denies that plaintiff is entitled to any relief.

2.    Plaintiff fails to state a claim upon which relief may be granted against defendant pursuant to 42 U.S.C. § 1983 for failure to protect.

3.    Plaintiff fails to state a claim upon which relief may be granted against defendant for negligence or gross negligence

4.    Plaintiff's simple negligence claim against defendant is barred by the doctrine of sovereign immunity.

5.    Plaintiff's claims are barred by the doctrine of contributory negligence based on the self-inflicted nature of his injuries.

6.    Plaintiff's claims are barred by the doctrine of  assumption of the risk based on the self-inflicted nature of his injuries.

7.    Defendant denies that he is indebted to plaintiff for any reason or in any amount.

8.    Any harm to plaintiff or alleged damages resulted from acts or omissions of third parties, as defendant by law may rely on the judgment of medical personnel.

9.    Any harm to plaintiff was the result of a superseding cause and/or intervening cause, as defendant by law may rely on the judgment of medical personnel.

10.     Any harm, damages, or injuries sustained by plaintiff are the result of plaintiff's failure to mitigate his damages.

11.     Defendant did not act with malice or recklessness toward plaintiff, but rather acted in good faith at all times, thereby barring any claims for compensatory or punitive damages.

12.     Defendant reserves the right to add such other and further defenses as may developed in the course of discovery in this action.

13.     Any paragraph or footnote of the Complaint not admitted or denied is hereby denied.

14.     A jury trial is demanded in this matter.

WHEREFORE, having fully answered and set forth his affirmative defenses, Defendant Christopher Laws, Jr. moves for dismissal of this action with prejudice, plus costs.

CHRISTOPHER LAWS, JR.

By: _____/s/_____
                          Of Counsel

Jeff W. Rosen, Esq. VSB No. 22689
Lisa Ehrich, Esq. VSB No. 32205
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6293
Fax:    (757) 497-1914
jrosen@pendercoward.com
lehrich@pendercoward.com
*Counsel for Laws, Jr.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of November, 2021, I will electronically file the foregoing ***Answer and Affirmative Defenses to Plaintiff's Complaint*** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Lana M. Manitta, Esq.
The Law Office of Lana Manitta, PLLC
140P Purceville Gateway Drive; Suite 511
Purcelville, VA  20132
Phone: (703) 705-4428
Fax:    (703) 705-4429
lmanitta@manittalaw.com
*Counsel for Plaintiff*

Elizabeth L. Van Pelt, Esq.
Libbey Van Pelt Law, PLLC
3033 Wilson Boulevard; Suite 700
Arlington, VA  22201
Phone:  (571) 356-9066
libbey@libbeyvanpeltlaw.com
*Guardian ad Litem*


                                                        /s/
                         Jeff W. Rosen, Esq., VSB #22689
                         PENDER & COWARD, PC
                         222 Central Park Avenue
                         Virginia Beach, VA 23462
                         Phone: (757) 490-6293
                         Fax:    (757) 497-1914
                         jrosen@pendercoward.com
                         *Counsel for Laws, Jr.*