IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICKY BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18cv1525-MSN/JFA |
| NORTHERN NECK REGIONAL JAIL, ) | The Hon. Michael S. Nachmanoff |
| et al., ) | Hearing Date: 12/17/2021 @ 10 a.m. |
| ) | |
| Defendants. ) | |
| ) | |

## MOTIONS TO VACATE SUMMARY JUDGMENT

COMES NOW, Plaintiff Ricky Butler, by and through counsel, and hereby moves this Honorable Court to vacate summary judgment (Dkt. 84), defer ruling and allow discovery to proceed pursuant to FRCP 56(d). In support of his Motion, Plaintiff respectfully refers the Court to his Omnibus Memorandum, filed on this date.

                                                                                     Respectfully Submitted,
                                                                                     RICKY BUTLER
                                                                                     By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By: _____/s/_____.
Lana Manitta, VSB #42994
140B Purcellville Gateway Dr., #511
Purcellville, VA 20132
(703) 705-4428 FAX (703) 705-4429
LManitta@ManittaLaw.com
Counsel for Plaintiff

1

## CERTIFICATE OF ELECTRONIC FILING

   I HEREBY CERTIFY THAT on this the 10th day of December, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing (NEF) to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
Lana Manitta, VSB #42994
140B Purcellville Gateway Dr., #511
Purcellville, VA 20132
(703) 705-4428
FAX (703) 705-4429
LManitta@ManittaLaw.com
Counsel for Plaintiff